GEORGE D. BARNARD & CO. v. GREER COUNTY.

(Filed Aug. 25, 1899.)

CLAIMS AGAINST COUNTIES. This cause is affirmed on the authority of *Clark & Courts v. Greer County*, this volume, p. 425.

(Syllabus by the Court.)

*Error from the District Court of Greer County; before B. F. Burwell, District Judge.*

*Duncan G. Smith*, for plaintiffs in error.

*J. F. Mathews, County Attorney* and *J. A. Powers*, for defendant in error.

Action by George D. Barnard & Co. against Greer county. Judgment for defendant, and plaintiffs bring error. Affirmed.

PER CURIAM : This cause was submitted upon an agreement that the questions involved are identical with those in *Clark & Courts v. Greer County,* this volume, p. 425, and it is stipulated that the decision in that case shall control the determination of this cause. On the authority of that case, the judgment of the district court of Greer county in this case is affirmed, at the costs of plaintiffs in error.